## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No. 25-CV-23594-DPG

**JANE DOE**,

      Plaintiff,

vs.

**MTZ CARVER LLC**, a Florida limited
liability company,

      Defendant.

_____/

## PLAINTIFF'S *EX PARTE* MOTION TO SEAL APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (ECF No. 1, Attach. 3 and ECF No. 2)

Plaintiff Jane Doe ("Plaintiff"), pursuant to Local Rule 5.4, requests that this Court seal her Application to Proceed in District Court without Prepaying Fees and Costs (ECF No. 1, Attach. 3; ECF No. 2), and in support states as follows:

1. Plaintiff filed her Complaint (ECF No. 1) using the pseudonym JANE DOE, as the Complaint contains allegations of sexual harassment and abuse by Defendant against Plaintiff.

2. Contemporaneously with the Complaint, Plaintiff filed a Motion to Proceed Under Pseudonym and for Protective Order (ECF No. 5), which would allow Plaintiff to proceed in this case without using her real name in order to avoid further psychological harm, embarrassment, and harassment. The Motion remains pending until Defendant has been served with process and appeared in this case. For the reasons set forth in the

Motion to Proceed Under Pseudonym[1], Plaintiff respectfully requests that her real name be kept confidential during these proceedings.

3. However, along with the filing of the Complaint, Plaintiff filed an Application to Proceed in District Court without Prepaying Fees and Costs (ECF No. 1, Attach. 3; ECF No. 2). The Application was made under penalty of perjury and Plaintiff signed the application using her real name. Plaintiff filed the Application simultaneously with the Complaint.

4. Both applications containing Plaintiff's real name are visible in the Court's docket, which undermines the goal and purpose of Plaintiff proceeding under a pseudonym.

---

[1] As a general matter, a complaint must state the names of all parties. Fed. R. Civ. P. 10(a). However, this rule is not absolute. *Plaintiff B v. Francis*, 631 F.3d 1310, 1315-16 (11th Cir. 2011). A party may proceed anonymously in a civil suit in federal court by showing that he or she has "a substantial privacy right which outweighs the 'customary and constitutionally-embedded presumption of openness in judicial proceedings." *Id*.   Fed. R. Civ. P. 26(c)(1) also authorizes the Court "for good cause" to "issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense" upon the Plaintiff's motion. The Court may grant a protective order under Rule 26(c)(1) for "good cause" and has "broad discretion...to decide when a protective order is appropriate and what degree of protection is required." *Seattle Times Co. v. Rhinehard*, 467 U.S. 20, 36 (1984);  *see, e.g., Doe v. McCoy,* No. 1:23-CV-3169, 2024 WL 843908, at *9 (N.D.Ga. Feb. 28, 2024) (granting motion to proceed anonymously, finding the disclosure of the plaintiff's identity in a revenge porn case "would plainly compound the harm she has already purportedly suffered as result of Defendants' alleged conduct.").

5. For the reasons set forth in the Motion to Proceed Under Pseudonym, Plaintiff respectfully requests that this Court enter an order sealing or redacting the filed Applications (ECF No. 1, Attach. 3; ECF No. 2) until further order from this Court, and granting such other relief as this Court deems just and appropriate.

## <u>CERTIFICATE OF CONFERRAL</u>

Defendant has not yet been served with process or appeared in this case. Consequently, Plaintiff's counsel has not yet conferred with Defendant about the relief requested herein, as required by Local Rule 7.1(a)(2). However, pursuant to Local Rule 7.1(a)(2), conferral is not required on an *ex parte* motion.

RESPECTFULLY SUBMITTED,

By:  ___*/s/ James R. Glover, Esq.*___

**Legal Services of Greater Miami, Inc.**
4343 West Flagler Street, Suite 100
Miami, Florida 33134

James R. Glover, Esq.,
Florida Bar No. 106369
Primary: jglover@legalservicesmiami.org
Secondary:  dgeorge@legalservicesmiami.org
Tel: (305) 438-2445

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on August 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I further certify that the foregoing will be served upon Defendant along with the Complaint and other case-initiating documents.

By: ___*/s/ James R. Glover, Esq.*___

**Legal Services of Greater Miami, Inc.**
4343 West Flagler Street, Suite 100
Miami, Florida 33134

James R. Glover, Esq.,
Florida Bar No. 106369
Primary: jglover@legalservicesmiami.org
Secondary:  dgeorge@legalservicesmiami.org
Tel: (305) 438-2445