**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 25-CV-23594-DPG**

**JANE DOE**,

      Plaintiff,

vs.

**MTZ CARVER LLC**, a Florida limited
liability company,

      Defendant.

_____/

### PLAINTIFF'S EXPEDITED MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Jane Doe ("Plaintiff"), pursuant to Federal Rules of Civil Procedure 16(b)(4) and 6(b), respectfully moves this Court to modify the Scheduling Order (ECF No. 28). Plaintiff files this motion on an expedited basis because Defendant's counsel's suspension from practice of law becomes effective tomorrow. In support, Plaintiff states as follows:

### FACTUAL AND LEGAL BACKGROUND

On February 3, 2026, this Court entered a Scheduling Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge (ECF No. 28) (the "Scheduling Order"). The Scheduling Order establishes, among other deadlines:

1. Joinder of additional parties and motions to amend pleadings by 5/1/2026;

2. Witness lists by 6/1/2026;

3. Expert disclosures by 7/1/2026;

4. Rebuttal expert disclosures by 8/2/2026;

5. Selection of mediator by 8/3/2026;

6. Completion of fact and expert discovery by 9/22/2026;

7. Dispositive motions by 10/22/2026;

8. Mediation by 11/20/2026;

9. Pretrial motions, Memorandum of Law, including motions in limine, by 12/18/2026; and

10. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law by 1/22/2027.

On April 6, 2026, Defendant filed an Expedited Motion to Stay (ECF No. 32) based on the temporary suspension of Defendant's counsel, Ariel Elise Mitchell, effective April 11, 2026. The Court granted Defendant's motion and stayed and administratively closed this action for ninety (90) days, through July 6, 2026 (ECF No. 33). The stay significantly impacts the deadlines set forth in the Scheduling Order.

<strong><u>MEMORANDUM OF LAW</u></strong>

Under Rule 16(b)(4), a scheduling order may be modified upon a showing of good cause. Where deadlines cannot reasonably be met despite the diligence of the movant, modification is appropriate. *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998). Additionally, Rule 6(b)(1)(A) permits the Court to extend deadlines for good cause when a request is made before the expiration of the original deadlines.

<strong><u>ARGUMENT</u></strong>

**I.    <u>GOOD CAUSE EXISTS TO MODIFY THE SCHEDULING ORDER</u>**

The 90-day stay period—from April 12, 2026 through July 6, 2026—overlaps with multiple existing deadlines for the parties to join additional parties or amend complaints and prepare trial witnesses and expert disclosures. Defendant's counsel's 90-day suspension further prevents meaningful participation in discovery during this period.

Accordingly, despite Plaintiff's diligence, the parties cannot reasonably meet the existing deadlines. Plaintiff therefore respectfully requests that the Court extend all deadlines in the Scheduling Order by 90 days.

## II. EXTENSION IS APPROPRIATE WHEN MADE BEFORE EXPIRATION OF ANY ORIGINAL DEADLINES

Courts routinely deny motions to modify scheduling orders where the movant fails to act diligently or seeks relief after deadlines have passed. *See Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998).

Here, by contrast, none of the deadlines set forth in the Scheduling Order has expired, and Plaintiff has not failed to act diligently because it filed this Motion immediately after counsel notified the Court of her suspension and before any deadlines in the Scheduling Order have lapsed.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court modify the Scheduling Order by extending all deadlines by 90 days:

1. Joinder of any additional parties and filing of motions to amend the complaint by **7/30/2026**,

2. Written lists containing the names and addresses of all witnesses intended to be called at trial by **8/31/2026**,

3. Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by **9/29/2026**,

4. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by **11/2/2026**,

5. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by **11/2/2026**,

6. Fact discovery shall be completed by **12/21/2026**,

7. Expert discovery shall be completed by **12/21/2026**,

8. Dispositive motions, including motions for summary judgment, and Daubert motions, shall be filed by **1/20/2027**,

9. Mediation shall be completed by **2/18/2027**,

10. All pretrial motions and memoranda of law, including motions in limine shall be filed by **3/18/2027**,

11. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by **4/22/2027**.

In the alternative, Plaintiff respectfully requests that the Court suspend all deadlines in the Scheduling Order and require that the Parties confer and submit a new joint proposed scheduling order within 7 days of the stay being lifted.

## **CERTIFICATE OF CONFERRAL**

I certify that I attempted to confer with Defendant's counsel, Ariel Mitchell Esq., through emails, phone calls, and voicemails on April 9, 2026 and through email, phone call, and voicemail on April 10, 2026 and provided her with a copy of this motion. Because Plaintiff wanted to file this Motion prior to Ms. Mitchell's suspension, I filed it without waiting additional time for her response.

RESPECTFULLY SUBMITTED,

By:     */s/ Zhoujiang Xie, Esq.*

**Legal Services of Greater Miami, Inc.**
4343 West Flagler Street, Suite 100
Miami, Florida 33134

Zhoujiang Xie, Esq.,
Florida Bar No. 1057919
Primary: zxie@legalservicesmiami.org
Secondary: crodriguez@legalservicesmiami.org
Alternate: pleadings@legalservicesmiami.org
Tel: (305) 438-2479

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on April 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing will be served upon Defendant along with the Complaint and other case-initiating documents.

By:    */s/ Zhoujiang Xie, Esq.*

**Legal Services of Greater Miami, Inc.**
4343 West Flagler Street, Suite 100
Miami, Florida 33134

Zhoujiang Xie, Esq.,
Florida Bar No. 1057919
Primary: zxie@legalservicesmiami.org
Secondary: crodriguez@legalservicesmiami.org
Alternate: pleadings@legalservicesmiami.org
Tel: (305) 438-2479

*Attorneys for Plaintiff*