**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 25-CV-23594-DPG**

**JANE DOE**,

      Plaintiff,

vs.

**MTZ CARVER LLC**, a Florida limited
liability company,

      Defendant.

_____/

**PLAINTIFF'S EXPEDITED MOTION TO SEAL**
**(1) DEFENDANT'S MOTION FOR JUDICIAL NOTICE, AND**
**(2) DEFENDANT'S MOTION TO STAY DISCOVERY, AND**
**(3) DEFENDANT'S MOTION TO DISMISS PURSUANT TO 28 U.S.C. § 1915(e)(2)(A),**
**AND (4) DEFENDANT'S [FIRST] MOTION FOR SANCTIONS, AND**
**(5) DEFENDANT'S NOTICE OF ERRATA, AND**
**(6) DEFENDANT'S [SECOND] MOTION FOR SANCTIONS**

**(ECF 39 at Exhibits A-K; ECF No. 40 at Exhibit A; ECF No. 41; ECF No. 42 at Exhibit A;**
**ECF No. 43 at Exhibit A; ECF No. 54 at Exhibits A-E.)**

Plaintiff Jane Doe ("Plaintiff"), pursuant to Local Rule 5.4, requests that this Court seal the

Exhibits A-K to Defendant's Motion for Judicial Notice (ECF No. 39, at Exhibits A-K) and Exhibit

A to Defendant's Motion to Stay Discovery (ECF No. 40 at Exhibit A), and Defendant's Motion

to Dismiss Pursuant To 28 U.S.C. § 1915(E)(2)(A) (ECF No. 41), and the Exhibit A of Defendant's

Motion for Sanctions (ECF No. 42, at Exhibit A), and Exhibit A to Defendant's Notice of Errata

(ECF No. 43, at Exhibit A), and Defendant's [Second] Motion for Sanctions (ECF No. 54,

including Exhibits A-E) and in support states as follows:

1.      Plaintiff filed her Complaint (ECF No. 1) using the pseudonym JANE DOE, as the

Complaint contains allegations of sexual harassment and abuse by Defendant against Plaintiff.

2.     On August 13, 2025, this Court granted Plaintiff's Motion to Proceed Under Pseudonym and for Protective Order. (ECF 12).

3.     In several of Defendant's filings, Defendant did not properly redact the documents, and left Plaintiff's name visible and/or searchable in the PDF documents filed with the court.

4.     Defendant initially included identifying information in the motion for judicial notice. (ECF No. 39.)  Defendant identified the mistake but filed a notice of errata which did not fix the disclosure and contained an additional disclosure of Plaintiff's identity.  (ECF No. 43.)

5.     On August 10, 2026, a law professor and legal industry blogger contacted Plaintiff and Defendant to notify the parties that Defendant's second motion for sanctions was not properly redacted and Plaintiff's name could be viewed in the motion.

6.     Plaintiff respectfully requests expedited treatment and that the motion to seal be addressed within seven (7) days from the date of this motion. Plaintiff reasonably believes that news coverage on this case could publicize the Defendant's redaction errors and disclose Plaintiff's identity to the public.

7.     For the reasons set forth in the Motion to Proceed Under Pseudonym, Plaintiff respectfully requests that this Court enter an order sealing the affected documents until further order from this Court, and granting such other relief as this Court deems just and appropriate.

8.   The documents which should be sealed are:

   a.   ECF No. 39 at Exhibits A-K;

   b.   ECF No. 40 at Exhibit A;

   c.   ECF No. 41;

   d.   ECF No. 42 at Exhibit A;

   e.   ECF No. 43 at Exhibit A;

f.   ECF No. 54 including Exhibits A-E.

## CERTIFICATE OF CONFERRAL

On August 10, 2026 and August 11, 2026, the undersigned emailed Counsel for Defendant to obtain a position on this motion. On August 11, 2026, undersigned called Counsel for Defendant by telephone and left a voicemail. Undersigned was unable to obtain Defendant's position on the matter.

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the above has been furnished on this 11 day of August 2026, via notice of electronic filing to counsel for Defendant Ariel Mitchell at ariel@arielesq.com.

RESPECTFULLY SUBMITTED,

By:   */s/ James R. Glover, Esq.*

**Legal Services of Greater Miami, Inc.**
4343 West Flagler Street, Suite 100
Miami, Florida 33134

James R. Glover, Esq.,
Florida Bar No. 106369
Primary: jglover@legalservicesmiami.org
Secondary:  dgeorge@legalservicesmiami.org
Tel: (305) 438-2445

*Attorneys for Plaintiff*